IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FURMAN OSBOURNE | : CIVIL ACTION |
|---|---|
| v. | : |
| | : NO. 17-72 |
| THERESA A. DELBASO, *et al.* | : |

## ORDER

**AND NOW** this 29th day of August 2017, upon careful and independent consideration of the petition for Writ of *Habeas Corpus* (ECF Doc. No. 1), review of the August 10, 2017 Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa (ECF Doc. No. 15) fully addressing Mr. Osbourne's seven grounds for relief and Mr. Osbourne's Objection (ECF Doc. No. 18), it is **ORDERED**:

1. Chief Magistrate Judge Caracappa's Report and Recommendation (ECF Doc. No. 15) is **APPROVED and ADOPTED**.

2. Mr. Osbourne's Petition for Writ of *Habeas Corpus* (ECF Doc. No. 1) is **DENIED** with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

KEARNEY, J.